So Ordered.

Signed this 26 day of February, 2016.

_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK (ALBANY)

In Re:

    Douglas P. Hennessy, Sr,                       **ORDER TERMINATING**
                                                                   **THE AUTOMATIC STAY**
                                                                   Case No. 15-12354-1-rel
                          Debtor.                                 Chapter 7

       Citizens Bank, N.A. ("Movant") having moved this Court pursuant to a Motion for Relief from Automatic Stay dated January 18, 2016, seeking authorization for Movant to repossess and sell the 2014 Ford Van E250, bearing the Vin No. 1FTNS2EW1EDA09430 (the "Vehicle"), and sufficient cause having been shown, and after due deliberation by this Court, it is

       **ORDERED,** that the stay imposed against Movant pursuant to §362(a) of the Bankruptcy Code is terminated, and Movant is authorized to take any and all lawful actions necessary to enforce its rights and remedies, including repossession and sale of the Vehicles under applicable State Law, and it is further

**ORDERED,** that in the event of the sale of the Vehicle(s), Movant shall account to the Trustee of any surplus monies that may exist after the sale.

**IT IS SO ORDERED.**

WWR #21119442

# # #