2/23/2016 The Law Offices of Christiaan Van Niekerk Mail - U.S. Bankruptcy Court, Northern District of New York - Undeliverable Notice, In re: Douglas P Henne...

Case 15-12354-1-rel    Doc 15    Filed 03/14/16    Entered 03/14/16 10:31:07    Desc Main
Document    Page 1 of 2

Christiaan Van Niekerk <christiaan@mvnlaw.com>

## U.S. Bankruptcy Court, Northern District of New York - Undeliverable Notice, In re: Douglas P Hennessy, Sr, Case Number: 15-12354, rel, Ref: [p-92122989]

**USBankruptcyCourts@noticingcenter.com**        Thu, Feb 18, 2016 at 12:25 PM
<USBankruptcyCourts@noticingcenter.com>
To: christiaan@mvnlaw.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 19, 2016

From: United States Bankruptcy Court, Northern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Douglas P Hennessy, Sr, Case Number 15-12354, rel

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207**

Undeliverable Address:
Cap One
Acct No xxxxxxxxxx5930
700 N Wood Dale Rd
Wood Dale, IL 60191

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

P.O. Box 71083
Charlotte, NC 28272-1083.

2/23/2016 The Law Offices of Christiaan Van Niekerk Mail - U.S. Bankruptcy Court, Northern District of New York - Undeliverable Notice, In re: Douglas P Henne...

Case 15-12354-1-rel    Doc 15    Filed 03/14/16    Entered 03/14/16 10:31:07    Desc Main
Document      Page 2 of 2

_____    _2/28/16_____
Signature of Debtor or Debtor's Attorney                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

B_P115123543180046.PDF
12K